TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00721-CV

In the Matter of P. N. S.

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. J-19,121, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

PER CURIAM

 Because appellant has failed to file a brief, we will dismiss the appeal for want of
prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the clerk's record in this cause on December 22,
1999, and the reporter's record on December 29, 1999. Accordingly, appellant's brief was due
on January 28, 2000. After granting appellant's second motion for extension of time to file brief
with the notation, "no further extensions," appellant's brief was due to be filed on April 19, 2000. 
Thus far, appellant has failed to submit a brief.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Dismissed for Want of Prosecution

Filed: August 31, 2000

Do Not Publish